THE STATE v. WOOD.

1. A writ of error will not lie to Supreme Court for refusing to allow a *Certiorari.*

Error to the Supreme Court.

An application was made to the Supreme Court to allow a *Certiorari* in the matter of the election for the location of a court house in the county of Camden.    The Supreme Court refused to allow the *Certiorari.*

A writ of error was brought, removing into this court the decision of the Supreme Court in that matter in refusing the allocatur.    And now it was moved to dismiss the writ, on the ground that a writ of error did not lie for the refusal to allow a writ of *Certiorari*, it being a matter of discretion.

Whereupon, the Court of Errors unanimously dismissed the writ of error.

SEE *Opinion,* 3 *Zab.* 560